# UNITED STATES DISTRICT COURT
Western District of North Carolina

UNITED STATES OF AMERICA

vs.  Crim. No. 0419 3:95CR00005-006

ERNEST JUNIOR MASSEY  **ORDER**

On 08/26/2019, the above named appeared before the Court on a Petition for Violation of his Supervised Release. After oral argument, the Court determined that due to extenuating circumstances dealing with health issues the defendant is no longer in need of supervision.

It is therefore Ordered that Ernest Junior Massey be discharged from Supervised Release and that the proceedings in the case be terminated.

Date signed: September 11, 2019

Frank D. Whitney
Chief United States District Judge